935 F.2d 1284
 1991 A.M.C. 3000
 Volvo Transport Corp.
v.
M/V CONCERT EXPRESS, M/V KAIMOKU, (ex Atlantic Spirit),
Wallenius Lines, Wallenius Rederierna A/B,
Wallenius-Rederierna, Navieras de Puerto Rico, Puerto Rico
Marine Management, Inc., Puerto Rico Maritime Shipping Authority
 NO. 90-6005
 United States Court of Appeals,
Third Circuit.
 MAY 23, 1991
 
 Appeal From: D.N.J.,
 Bissell, J.
 
 
 1
 AFFIRMED.